Dismissed and Memorandum Opinion filed February 14, 2008








Dismissed
and Memorandum Opinion filed February 14, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00041-CV

____________

 

FELIX MICHAEL KUBOSH, Appellant

 

V.

 

THE CITY OF HOUSTON, Appellee

 



 

On Appeal from the
127th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-11183

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 17, 2007.  On February 6, 2008, appellant
filed an unopposed motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
February 14, 2008.

Panel consists of Justices Yates, Guzman, and Brown.